**William L. Larkins, Jr.,** OSB #812882
wlarkins@larkinsvacura.com
**Danielle J. Hunsaker,** OSB #045365
dhunsaker@larkinsvacura.com
**Cody Hoesly,** OSB #052860
choesly@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for OneWest Bank, FSB, and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TAMMIE M. DELANEY and MICHAEL E. DELANEY, her husband, | |
| Plaintiffs, | Case No. 3:10-CV-977-KI |
| v. | MOTION TO DISMISS |
| ONE WEST BANK, FSB, a California banking corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and REGIONAL TRUSTEE SERVICES, a Washington corporation, | BY DEFENDANTS ONE WEST BANK, FSB, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| | Oral Argument Requested |
| Defendants. | |

Defendants OneWest Bank, FSB, and Mortgage Electronic Registration Systems, Inc. (collectively, the "moving defendants"), hereby move to dismiss plaintiffs' claims against them, for failure to state a claim.  Fed. R. Civ. P. 12(b)(6).  Pursuant to LR 7-1, the undersigned certifies that counsel for the moving defendants has made a good faith effort to resolve the

dispute through telephone conference with plaintiffs' counsel, but has been unable to do so.

Dated:  August 25, 2010.

                              LARKINS VACURA LLP

                              /s/ William L. Larkins, Jr.
                              William L. Larkins, Jr. OSB #812882
                              Danielle Hunsaker OSB #045365
                              Cody Hoesly OSB #052860
                              Attorneys for OneWest Bank, FSB, and
                              Mortgage Electronic Registration Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **MOTION TO DISMISS** on August 25, 2010, by causing to be electronically mailed via ECF to:

PLEASE SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2010, at Portland, Oregon.

LARKINS VACURA LLP

/s/ William L. Larkins, Jr.
William L. Larkins, Jr. OSB #812882
Danielle Hunsaker OSB #045365
Cody Hoesly OSB #052860
Attorneys for OneWest Bank, FSB, and
Mortgage Electronic Registration Systems, Inc.

Electronic Mail Notice List:

**Elizabeth Lemoine**
Email: elizlemoine@yahoo.com

**Lisa M. McMahon-Myhran**
Email: lmcmahon@robinsontait.com