Kevin W. Luby, OSB No. 844050
Kevin@lubylaw.org
Elizabeth Lemoine, OSB No. 040811
elizlemoine@yahoo.com
7540 SW Hermoso Way
Tigard, OR 97223
Telephone: 503-620-3342
Facsimile: 503-620-3356
Of Attorneys for Plaintiff

FILED'10 AUG 26 17:13 USDC-ORP

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| **TAMMIE M. DELANEY, and MICHAEL E. DELANEY,** | |
| PLAINTIFFS, | Case No. 10-CV-977-KI |
| vs. | **ORDER ON PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION** |
| **ONEWEST BANK, FSB, a federally chartered savings bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation;** | |
| DEFENDANTS. | |

Plaintiffs Emergency Motion for Preliminary Injunction to Preserve Subject Matter of Litigation and to Cancel and Enjoin Trustee's Sale was scheduled for hearing with the Honorable Federal District Court Judge Garr M. King on August 26, 2010 at 11:00 a.m. Elizabeth Lemoine, of the Luby Law Firm, appeared with Plaintiff Tammie Delaney, on behalf of Plaintiffs. William L. Larkins, Jr., of Larkins Vacura LLP, appeared on behalf of Defendants OneWest Bank, FSB

and Mortgage Electronic Registration Systems, Inc.; and Lisa McMahon-Myhran, of Robinson Tait, PS appeared via telephone on behalf of Defendants Regional Trustee Services Corporation.

Upon hearing the arguments from counsel, and reviewing documents submitted by the parties, and the Court therefore being fully advised;

IT IS HEREBY ORDERED THAT Defendants ONE WEST BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND REGIONAL TRUSTEE SERVICES and their officers, agents, employees, representatives and all persons acting in concert with them or participating with them are enjoined through September 30, 2010 from conducting or otherwise proceeding with any Trustee's Sale or other manner of attempted sale of the real property located at 20159 NE Blue Heron Shores Drive, Fairview, Oregon 97024 and as legally described as set forth in Exhibit A to the Complaint. Further, no bond shall be required of Plaintiffs.

Dated this 26 day of August, 2010

_____
Judge Garr M. King
United States District Court - District of Oregon

Submitted by:

_____
Elizabeth Lemoine, OSB No. 040811
elizlemoine@yahoo.com
Luby Law Firm
7540 SW Hermoso Way
Tigard, OR 97223
Ph. 503-620-3342
Fax. 503-620-3356

Order for Preliminary Injunction                                          Page 2