Lisa McMahon-Myhran, OSB #00084
ROBINSON TAIT, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 654-5529
Facsimile: (206) 676-9659
E-mail: lmcmahon@robinsontait.com
Attorney for defendant Regional Trustee Services Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TAMMIE M. DELANEY, and MICHAEL E. DELANEY, <br><br> **PLAINTIFFS**, <br><br> vs. <br><br> **ONEWEST BANK, FSB**, a federally chartered savings bank; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation, and **REGIONAL TRUSTEE SERVICES CORPORATION**, a Washington corporation; <br><br> **DEFENDANTS**. | Case No.3:10-cv-977-KI <br><br> **DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION'S JOINDER TO ONEWEST BANK, FSB AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S MOTION TO DISMISS** |

Defendant Regional Trustee Services Corporation, a co-defendant in this action, joins in the Motion to Dismiss filed by Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.

DATED: August 27, 2010.     /s/ Lisa McMahon-Myhran____
                             Lisa McMahon-Myhran, OSB #00084
                             Robinson Tait, PS
                             710 Second Avenue, Suite 710
                             Seattle, WA 98104
                             Phone: (206) 654-5529
                             Facsimile: (206) 676-9659
                             Attorney for Regional Trustee Services Corp.

Defendant Regional Trustee Services Corporation's Joinder in                              Page 1
Motion to Dimiss

Lisa McMahon-Myhran, OSB #00084
ROBINSON TAIT, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 654-5529
Facsimile: (206) 676-9659
E-mail: lmcmahon@robinsontait.com
Attorney for defendant Regional Trustee Services Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **TAMMIE M. DELANEY,** and **MICHAEL E. DELANEY**, <br><br>　　　　**PLAINTIFFS**, <br><br>　　vs. <br><br> **ONEWEST BANK, FSB**, a federally chartered savings bank; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation, and **REGIONAL TRUSTEE SERVICES CORPORATION**, a Washington corporation; <br><br>　　　　**DEFENDANTS**. | Case No.3:10-cv-977-KI <br><br> **PROOF OF SERVICE** |

I, Elle Swindell, declare:

　　I am a citizen of the United States, over the age of 21 years, and competent to be a witness herein. That on August 27, 2010, in compliance with the notification requirements pursuant to the laws of the State of Oregon, caused to be deposited in the United States Mail, postage prepaid, copies of the following:

1.　JOINDER TO ONEWEST BANK, FSB AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S MOTION TO DIMISS

Proof of Service　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

2. PROOF OF SERVICE

addressed as follows:

William L. Larkins
Danielle J. Hunsaker
Larkins Vacura LLP
621 S.W. Morrison St., Suite 1450
Portland, Oregon 97205

Elizabeth Lemoine
Luby Law Firm
7540 SW Hermoso Way
Tigard, OR 97233-8661

      I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

      Dated this 27th day of August, 2010 at Seattle, WA.

      /s/ Elle Swindell
      Elle Swindell