**William L. Larkins, Jr.,** OSB #812882
wlarkins@larkinsvacura.com
**Danielle J. Hunsaker,** OSB #045365
dhunsaker@larkinsvacura.com
**Cody Hoesly,** OSB #052860
choesly@larkinsvacura.com
**Larkins Vacura LLP**
621 SW Morrison St., Suite 1450
Portland, Oregon 97205
Telephone:  503-222-4424
Facsimile:  503-827-7600
Attorneys for OneWest Bank, FSB, and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TAMMIE M. DELANEY and MICHAEL E. DELANEY, her husband,<br><br>  Plaintiffs,<br><br>  v.<br><br>ONE WEST BANK, FSB, a California banking corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and REGIONAL TRUSTEE SERVICES, a Washington corporation,<br><br>  Defendants. | Case No. 3:10-CV-977-KI<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>By Defendant Mortgage Electronic Registration Systems, Inc. |

Pursuant to Fed. R. Civ. P. 7.1, defendant Mortgage Electronic Registration Systems, Inc.

("MERS"), makes this Corporate Disclosure Statement.  MERS is a wholly-owned subsidiary of

MERSCORP, Inc., a privately held Delaware stock corporation.  No publicly-traded company

//

owns 10% or more of MERS stock.

Dated: September 7, 2010.

                                          LARKINS VACURA LLP

                                          /s/ William L. Larkins, Jr.
                                          William L. Larkins, Jr. OSB #812882
                                          Danielle Hunsaker OSB #045365
                                          Cody Hoesly OSB #052860
                                          Attorneys for OneWest Bank, FSB, and
                                          Mortgage Electronic Registration Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **CORPORATE DISCLOSURE STATEMENT** on September 7, 2010, by causing to be electronically mailed via ECF to:

PLEASE SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2010, at Portland, Oregon.

LARKINS VACURA LLP


/s/ William L. Larkins, Jr.
William L. Larkins, Jr. OSB #812882
Danielle Hunsaker OSB #045365
Cody Hoesly OSB #052860
Attorneys for OneWest Bank, FSB, and
Mortgage Electronic Registration Systems, Inc.

Electronic Mail Notice List:

**Elizabeth Lemoine**
Email: elizlemoine@yahoo.com

**Lisa M. McMahon-Myhran**
Email: lmcmahon@robinsontait.com