Kevin W. Luby, OSB No. 844050
Kevin@lubylaw.org
Elizabeth Lemoine, OSB No. 040811
elizlemoine@yahoo.com
7540 SW Hermoso Way
Tigard, OR 97223
Telephone: 503-620-3342
Facsimile: 503-620-3356

W. Jeffrey Barnes
To Be Admitted Pro Hac Vice
W.J. Barnes, P.A.
2901 West Coast Highway Ste 350
Newport Beach, Ca 92663
Telephone: 949-270-7413
Facsimile: 949-270-7414
Of Attorneys for Plaintiff

UNITED STATES

DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TAMMIE M. DELANEY, and MICHAEL E. DELANEY,** | Case No. 10-CV-977-KI |
| PLAINTIFFS, | NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY BY PLAINTIFFS |
| vs. | |
| **ONEWEST BANK, FSB, a federally chartered savings bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation;** | |
| DEFENDANTS | |

Plaintiffs respectfully file this Notice of filing of Supplemental Authority in support of their Response to Defendants' Motion to Dismiss.

The case of In Re Allman, 2010 WL 3366405 (Bkrtcy.D.Or. August 24, 2010), attached hereto as Exhibit A, is "on point" with the arguments discussed in the Motion to Dismiss and Plaintiffs Response to Defendants Motion to Dismiss. It is dated August 24, 2010 and was not discovered prior to the submission of Plaintiffs Response. Plaintiffs respectfully request that the Court allow and incorporate the Supplemental Pleading to be heard as part of Plaintiffs Response.

Dated this 16th day of September, 2010        LUBY LAW FIRM

/s/ Elizabeth Lemoine

Elizabeth Lemoine, OSB No. 040811
elizlemoine@yahoo.com
7540 SW Hermoso Way
Tigard, OR 97223
Ph. 503-620-3342
Fax. 503-620-3356
Of Counsel for Plaintiffs