IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TAMMIE M. DELANEY**, and
**MICHAEL E. DELANEY**,

        Plaintiffs,

vs.

**ONEWEST BANK, FSB**, a federally chartered savings bank; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation; and **REGIONAL TRUSTEE SERVICES CORPORATION**, a Washington corporation,

        Defendants.

Civil Case No. 10-977-KI

ORDER

    Kevin W. Luby
    Elizabeth Lemoine
    Luby Law
    7540 SW Hermoso Way
    Tigard, Oregon  97223-8664

Page 1 - ORDER

      Jeff Barnes
      W. J. Barnes, P.A.
      2901 West Coast Highway, Suite 350
      Newport Beach, California  92663

            Attorneys for Plaintiffs

      William L. Larkins, Jr.
      Danielle J. Hunsaker
      Cody Hoesly
      Larkins Vacura LLP
      621 SW Morrison Street, Suite 1450
      Portland, Oregon  97205

            Attorneys for Defendants

KING, Judge:

      At oral argument on defendants' motion to dismiss this action seeking to enjoin the foreclosure in process against plaintiffs' home, it became clear that some of the documents in the chain of title for the property are not part of the record.  Plaintiffs need to revoke a quit claim deed they had executed and recorded.  Furthermore, plaintiffs wanted to amend the complaint in an attempt to narrow the issues once all relevant documents had been located.  Because everything is in a state of flux at the moment, and because I would prefer to come to a well-reasoned conclusion on a cleaner evidentiary record with streamlined claims, I put in place a schedule for counsel that will result in cross summary judgment motions being briefed within a few months.

      For these reasons, the Motion to Dismiss by Defendants OneWest Bank, FSB, and Mortgage Electronic Registration Systems, Inc. (#9) and Defendant Regional Trustee Services Corporations's Joinder to OneWest Bank, FSB and Mortgage Electronic Registration Systems,

Page 2 - ORDER

Inc's Motion to Dismiss (#16) are denied.  The preliminary injunction I entered on August 26, 2010 will remain in place until I decide this case on the merits.

    IT IS SO ORDERED.

    Dated this   29th   day of September, 2010.


                        /s/ Garr M. King
                        Garr M. King
                        United States District Judge